■ ALLOYS UNLIMITED, INC., Appellant, v CAROLYN R. RAESLER et al., Defendants and Third-Party Plaintiffs-Respondents, et al., Third-Party Defendants.—Order, Supreme Court, New York County, entered on June 23, 1976, unanimously affirmed on the opinion of Ascione, J., at Special Term.

Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

